## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN STAGLIANO, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-1760 |
| | : | |
| THE O.N. EQUITY SALES COMPANY | : | |

# ORDER

**AND NOW**, this 15th day of June 2020, upon considering the Plaintiffs' amended Petition to compel arbitration (ECF Doc. No. 8), Defendant's Opposition (ECF Doc. No. 18), Plaintiffs' Replies (ECF Doc. Nos. 23, 24), following oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Plaintiffs' amended Petition (ECF Doc. No. 8) is **DENIED**; and,

2. As we have now addressed the entirety of Plaintiffs' requested relief as confirmed during oral argument and the parties do not seek to address the merits of the claims not sent to arbitration before us, the Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**